THE PEOPLE OF THE STATE OF NEW YORK ex rel. OSCAR E. HAYMAN, Appellant, *v.* WILLIAM E. WALSH et al., Constituting the Board of Standards and Appeals of the City of New York, Respondents.

*Municipal corporations — New York city — Zoning Law — determination of Board of Standards and Appeals denying permit to erect public garage properly reinstated and confirmed.*

People ex rel. Hayman v. Walsh, 223 App. Div. 722, affirmed.
(Submitted May 8, 1928; decided May 29, 1928.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered February 1, 1928, which reversed an order of Special Term annulling, on certiorari, a determination of the Board of Standards and Appeals of the city of New York denying the application of relator for a permit to erect and maintain a public garage on the westerly side of Gravesend avenue between Avenues S and T, and reinstated and confirmed such determination.

*David L. Malbin* and *George Rosling* for appellant.

*George P. Nicholson,* Corporation Counsel (*J. Joseph Lilly, Willard S. Allen* and *Benjamin Millstein* of counsel), for respondents.

Order affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, KELLOGG and O'BRIEN, JJ. Not sitting: LEHMAN, J.